**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kevin**<br>First name<br><br>**Arthur**<br>Middle name<br><br>**Cavenaugh**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5407** | |

Debtor 1    **Kevin Arthur Cavenaugh**                                                           Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5.** **Where you live** | **2416 NE 24th** **Portland, OR 97213** Number, Street, City, State & ZIP Code **Multnomah** County **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. **916 SE 34th Ave #100** **Portland, OR 97214** Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** Number, Street, City, State & ZIP Code County **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number *(if known)* |
|---|---|---|

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.

■ Yes.

| Debtor | **C-Channel Lofts, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Oregon** | When | **8/19/25** | Case number, if known | **25-32758-thp11** |
| Debtor | **The Good Citizen, LLC** | | | Relationship to you | **Affiliate** |
| District | **Oregon** | When | **2/28/26** | Case number, if known | **26-30418-dwh11** |

**11. Do you rent your residence?**

☐ No. Go to line 12.

■ Yes. Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

☑ Yes.   Name and location of business

**See Attachment**
Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    **Kevin Arthur Cavenaugh**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Kevin Arthur Cavenaugh**                                         Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin Arthur Cavenaugh**

**Kevin Arthur Cavenaugh**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on   **March 27, 2026**                    Executed on
             MM / DD / YYYY                                      MM / DD / YYYY

---

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Laura L. Donaldson**                              Date   **March 27, 2026**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Laura L. Donaldson 022930**
Printed name

**Law Office of Laura L. Donaldson, LLC**
Firm name

**15 82nd Drive**
**Suite 235**
**Gladstone, OR 97027**
Number, Street, City, State & ZIP Code

Contact phone   **503-227-3004**          Email address   **laura@bankruptcyoregon.com**

**022930 OR**
Bar number & State

---

Debtor 1   **Kevin Arthur Cavenaugh**                                              Case number *(if known)*

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 (Spouse if, filing) | | |
| | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Ramona Ramona LLC**

Name of business, if any

**12605 SE Ramona St.**
**Portland, OR 97236**

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**2/3rds Project, LLC**

Name of business, if any

**8787 N Lombard St**
**Portland, OR 97202**

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Oregon

In re   **Kevin Arthur Cavenaugh**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   **15,000.00** |
| Prior to the filing of this statement I have received | $   **13,242.00** |
| Balance Due | $   **1,758.00** |

2.   $ **338.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [List other services that counsel has agreed to provide]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 27, 2026**

*Date*

/s/ Laura L. Donaldson

**Laura L. Donaldson 022930**
*Signature of Attorney*
**Law Office of Laura L. Donaldson, LLC**
**15 82nd Drive**
**Suite 235**
**Gladstone, OR 97027**
**503-227-3004  Fax: 503-227-3047**
**laura@bankruptcyoregon.com**
*Name of law firm*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ 304,461.00

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ 304,461.00

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 18,605,847.39

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $ 7,429,676.03

   **Your total liabilities** $ 26,035,523.42

| Part 3: | Summarize Your Income and Expenses |
|---|---|

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................. $ 6,225.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................................... $ 5,374.00

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1 of 2

Debtor 1    **Kevin Arthur Cavenaugh**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    **Kevin Arthur Cavenaugh**
        First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.

   ☐ Yes.  Where is the property?

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ■ Yes

3.1   Make:   **Think**

     Model:

     Year:   **2011**

     Approximate mileage:    **50,000**

     Other information:

     **Blue**

**Who has an interest in the property?** Check one

   ■ Debtor 1 only

   ☐ Debtor 2 only

   ☐ Debtor 1 and Debtor 2 only

   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
     (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,500.00 | $2,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No

   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**

     **$2,500.00**

**Part 3:**    Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1   **Kevin Arthur Cavenaugh**        Case number *(if known)* _____

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Misc. household goods and furnishings | $3,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Cell phone, laptop (9 years old) | $150.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Books, pictures, artwork | $750.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Misc. wearing apparel and shoes | $200.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Jewelry - wedding ring | $500.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Debtor 1    **Kevin Arthur Cavenaugh**                                    Case number *(if known)* _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| |
|---|
| **$4,600.00** |

---

**Part 4:   Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes...........................................................................................................

|  | **Cash** | **$20.00** |
|---|---|---|

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes........................                Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Columbia Bank** | **$0.00** |
| 17.2. | **Savings** | **Columbia Bank** | **$5.00** |
| 17.3. | **Checking** | **Chase Bank (2554)** | **$0.00** |
| 17.4. | **Brokerage** | **Charles Schwab (156)** | **$23.00** |
| 17.5. | **Brokerage** | **Charles Schwab (2931)** | **$0.00** |

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes..................                Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................
             Name of entity:                          % of ownership:

| | | |
|---|---|---|
| **Bar Drawer, LLC (Real estate 3825-3839 NE Killingsworth St, Portland, OR, Umpqua 8755, RMV$1mil; Liens $1,367,158); In Receivership; Receiver: Kenneth S. Eiler, Mult Co Case 25CV50868** | **25%** % | **$0.00** |

---

Debtor 1   **Kevin Arthur Cavenaugh**                           Case number *(if known)*

| | | |
|---|---|---|
| **Atomic Orchard Experiment, LLC and Atomic Orchard South (Real Estate Investment Asset: 2500 and 2550 NE Sandy Blvd, Portland, OR: ID: R208172, RMV $10,000,000 (per tax statement $4,716,000), secured debt $13,500,000 (in foreclosure), Notes $750,000--Debtor holds 34.21 Class A shares)** | 34.21 % | $0.00 |
| **The Good Citizen, LLC (Real Estate: 916-926 SE 34th Avenue, Portland; ID R280543; Umpqua 6371) - in Chapter 11, Ted Troutman, Atty; RMV 1,200,000, Liens $2,325,532)** | 100 % | $0.00 |
| **C-Channel Lofts, LLC (Real Estate: 1515 N Rosa Parks Way, Portland, OR; ID R305839, Umpqua 0786; RMV $2,000,000, Liens $3,055,000, property foreclosed 1/27/2026, Assets: Bank $53k, Investors owed est. $2 mil, Chapter 11 25-32758-thp11 dismissed 2/2026)** | 8.9% % | $0.00 |
| **Jolene's First Cousin LLC (Real Estate: 4111 SE 28th Place, Portland OR 97202; Property ID R195828, RMV $1,965,000, Liens $1,492,243, Assets: Umpqua 7466.; Liabilities - Other Investors amd interest $800,000 est.)** | 12.5% % | $0.00 |
| **Rocket Empire Machine aka Jolene's Second Cousin, LLC (Real Estate: 6935 NE Glisan St., Portland OR; ID R193733, Umpqua Bank (5261), RMV $1,000,000, Liens $2,200,000; Assets: Columbia Bank 5251 $0, Other Debt: $250,000 (See Schedule D/E/F for loans, priorities and investors))** | 20 % | $0.00 |
| **Rocket Empire Machine, LLC (Real Estate : 6935 NE Glisan St., Portland OR; ID: R193733, Chkg 5054: $795)**<br>**% interest in Jolene's Second Cousin, LLC)** | 37 % | $0.00 |
| **...Some Knucklehead Inc ("SKI")., DBA Guerrilla Development Co. (Debtor holds 100% interest in SKI, which holds the following member interests: Bar Drawer, LLC 25%, C-Channel Lofts, LLC 8.9%, The Fair Haired Dumbell 6.375% of Class B stock, Jolene's First Cousin 12.5% of Class A stock, Rocket Empire Machine 37.6% of Class B stock). All investments detailed separately for Debtor's individual interests; currently underwater or pending foreclosure. Assets: Umpqua Checking 5788.** | 100 % | $0.00 |

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| | **Guerrilla Fund, LLC (operating account for SKI/Guerrilla), Columbia Bank 7889) - Management fee processing only from the Ocean and Jolene's First Cousin; Assets: $7281, liabilities $8400).** | 100 % | $0.00 |
| | **Guerrilla Construction Co LLC (Assets: Columbia Bnk 6551 $2,789, $1,388 debt)** | 100 % | $1,401.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☐ No
    ■ Yes. Give specific information about them
        Issuer name:

| | |
|---|---|
| **People Over Profit LLC  - high risk 10 yr note payable to Debtor, accompanied by no guaranty** | $294,500.00 |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Roth Conversion IRA - Charles Schwab (9058)** | $1,412.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Eleanor B. Cooke Residuary Trust - contingent remainderman interest** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No

| Debtor 1   **Kevin Arthur Cavenaugh** | Case number *(if known)* |
|---|---|

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Principal Individual Life Insurance (term life) - no cash surrender value** | **Spouse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| **Counterclaims against Bucky Dumbbell Investments, LLC and Christian Finley for wrongful conversion of Fair Haired Dumbbell Bldg, MLK Blvd; Multnomah County Circuit Court 23CV44684, pending; Debtor represented by Kenneth Dobson.** | **Unknown** |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**   **$297,361.00**

| Official Form 106A/B | Schedule A/B: Property | page 6 |
|---|---|---|

Debtor 1    **Kevin Arthur Cavenaugh**                                      Case number *(if known)*

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

| **Part 6**: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................... | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$2,500.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,600.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$297,361.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... **$304,461.00**    Copy personal property total | **$304,461.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$304,461.00** |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2011 Think 50,000 miles Blue**<br>Line from *Schedule A/B*: **3.1** | $2,500.00 | ■ $2,500.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Misc. household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cell phone, laptop (9 years old)**<br>Line from *Schedule A/B*: **7.1** | $150.00 | ■ $150.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Books, pictures, artwork**<br>Line from *Schedule A/B*: **8.1** | $750.00 | ■ $750.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. wearing apparel and shoes**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Jewelry - wedding ring**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ | $20.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Guerrilla Construction Co LLC (Assets: Columbia Bnk 6551 $2,789, $1,388 debt)**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.10** | $1,401.00 | ■ | $1,401.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IRA: Roth Conversion IRA - Charles Schwab (9058)**<br>Line from *Schedule A/B*: **21.1** | $1,412.00 | ■ | $1,412.00 | **11 U.S.C. § 522(d)(12)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Eleanor B. Cooke Residuary Trust - contingent remainderman interest**<br>Line from *Schedule A/B*: **25.1** | Unknown | ■ | $13,426.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Principal Individual Life Insurance (term life) - no cash surrender value**<br>**Beneficiary: Spouse**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00 | **11 U.S.C. § 522(d)(7)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1  City of Portland-Portland Housing Bureau**
Creditor's Name

**$100,867.00**     **$0.00**     **$100,867.00**

Describe the property that secures the claim:

> **Rocket Empire Machine, LLC (Real Estate : 6935 NE Glisan St., Portland OR; ID: R193733, Chkg 5054: $795) % interest in Jolene's Second Cousin, LLC) 37 % ownership**

**c/o City Attorney's Office 1221 SW 4th Ave. Rm 430 Portland, OR 97204**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **System Development Charges**

Date debt was incurred   **2/19/2020**          Last 4 digits of account number   **9866**

Debtor 1  **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

      First Name         Middle Name         Last Name

---

**2.2** | **Keystone Private Income Fund** | | $10,984,000.00 | $0.00 | Unknown

Creditor's Name

**Describe the property that secures the claim:**

> **Atomic Orchard Experiment, LLC (Real Estate Investment Asset: 2550 NE Sandy Blvd, Portland, OR: ID: R208172, RMV $10,000,000, secured debt $13,000,000 in foreclosure); personal guarantee 100 % ownership**

**60 E South Temple, Suite 2100**
**Salt Lake City, UT 84111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Note, Deed of Trust**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

**2.3** | **Multnomah County Tax Collector - BK** | | $124,809.38 | $0.00 | $0.00

Creditor's Name

**Describe the property that secures the claim:**

> **Atomic Orchard Experiment, LLC and Atomic Orchard South (Real Estate Investment Asset: 2500 and 2550 NE Sandy Blvd, Portland, OR: ID: R208172, RMV $10,000,000 (per tax statement $4,716,000), secured debt $13,500,000 (in foreclosure), Notes**

**c/o Allison Wellman, RA**
**PO Box 2716**
**Portland, OR 97208**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Tax**

**Date debt was incurred**   **2023-2024**    **Last 4 digits of account number** _____

---

Debtor 1 **Kevin Arthur Cavenaugh**
First Name — Middle Name — Last Name

Case number (if known) _____

---

| 2.4 | **Multnomah County Tax Collector - BK** | | $6,927.53 | $0.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Rocket Empire Machine, LLC (Real Estate : 6935 NE Glisan St., Portland OR; ID: R193733, Chkg 5054: $795) % interest in Jolene's Second Cousin, LLC) 37 % ownership**

c/o Allison Wellman, RA
PO Box 2716
Portland, OR 97208

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Property Tax**

**Date debt was incurred** **2023-2024**     **Last 4 digits of account number** _____

---

| 2.5 | **Multnomah County Tax Collector - BK** | | $8,150.11 | $0.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Bar Drawer, LLC (Real estate 3825-3839 NE Killingsworth St, Portland, OR, Umpqua 8755, RMV$1mil; Liens $1,367,158); In Receivership; Receiver: Kenneth S. Eiler, Mult Co Case 25CV50868 25%**

c/o Allison Wellman, RA
PO Box 2716
Portland, OR 97208

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Property Tax**

**Date debt was incurred** **2023-2024**     **Last 4 digits of account number** _____

---

Debtor 1   **Kevin Arthur Cavenaugh**                                        Case number (if known) _____
_____First Name_____Middle Name_____Last Name_____

| 2.6 | **Multnomah County Tax Collector - BK** | Describe the property that secures the claim: | **$18,792.21** | **$0.00** | **$0.00** |

Creditor's Name

**The Good Citizen, LLC (Real Estate: 916-926 SE 34th Avenue, Portland; ID R280543; Umpqua 6371) - in Chapter 11, Ted Troutman, Atty; RMV 1,200,000, Liens $2,325,532) 100 % ownership**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**c/o Allison Wellman, RA
PO Box 2716
Portland, OR 97208**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Tax**

Date debt was incurred   **2023-2024**          Last 4 digits of account number _____

| 2.7 | **Northwest Bank** | Describe the property that secures the claim: | **$1,367,158.16** | **$0.00** | **Unknown** |

Creditor's Name

**Bar Drawer, LLC (Real estate 3825-3839 NE Killingsworth St, Portland, OR, Umpqua 8755, RMV$1mil; Liens $1,367,158); In Receivership; Receiver: Kenneth S. Eiler, Mult Co Case;  25CV50868; business debt w/personal guaranty 25%**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**4900 SW Meadows Rd,
Ste 410
Lake Oswego, OR 97035**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Note, Deed of Trust**

Date debt was incurred _____          Last 4 digits of account number _____

Debtor 1    **Kevin Arthur Cavenaugh**                                        Case number (if known) _____
             First Name        Middle Name        Last Name

| 2.8 | **Pacific West Bank** | | **$1,492,243.00** | **$0.00** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

> **Jolene's First Cousin LLC (Real Estate: 4111 SE 28th Place, Portland OR 97202; Property ID R195828, Umpqua 7466, RMV $1,300,000, Liens $1,492,243); business debt w/personal guarantee 12.5%**

**1300 SW 5th Ave., Suite 900**
**Portland, OR 97201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Note, Deed of Trust**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.9 | **Ride the Wind Investors, LLC** | | **$1,344,817.00** | **$0.00** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

> **Good Citizen, LLC (Real Estate: 916-926 SE 34th Avenue, Portland; ID R280543; Umpqua 6371) - in Chapter 11, Ted Troutman, Atty; RMV 1,200,000, Liens $2,325,532); business debt, personal guarantee 100 % ownership**

**c/o Wesley Hickey**
**PO Box 1126**
**Washougal, WA 98671**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Note, Deed of Trust**

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1   **Kevin Arthur Cavenaugh**                                              Case number (if known) _____
           First Name   Middle Name   Last Name

| | | | | |
|---|---|---|---|---|

**2.10**   **Riverview Community Bank**                 Describe the property that secures the claim:     **$1,177,368.00**     **$0.00**     **Unknown**

Creditor's Name

> **Rocket Empire Machine, LLC (Real Estate : 6935 NE Glisan St., Portland OR; ID: R193733, Chkg 5054: $795) % interest in Jolene's Second Cousin, LLC) 37 % ownership**

**PO Box 790408**
**Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Note, Deed of Trust**

Date debt was incurred   **12/24/2020**          Last 4 digits of account number   **2081**

---

**2.11**   **Socotra REIT1 LLC**                 Describe the property that secures the claim:     **$980,715.00**     **$0.00**     **Unknown**

Creditor's Name

> **Good Citizen, LLC (Real Estate: 916-926 SE 34th Avenue, Portland; ID R280543; Umpqua 6371) - in Chapter 11, Ted Troutman, Atty; RMV 1,200,000, Liens $2,325,532) 100 % ownership; business debt w/personal guarantee**

**c/o Sbeih Adham**
**2208 29th St #100**
**Sacramento, CA 95818**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Note, Deed of Trust**

Date debt was incurred   _____          Last 4 digits of account number   _____

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

Debtor 1    **Kevin Arthur Cavenaugh**                                                                    Case number (if known) _____
        _First Name_       _Middle Name_       _Last Name_

| 2.12 | **The Oregon Community Foundation** | Describe the property that secures the claim: | **$1,000,000.00** | **$0.00** | **Unknown** |

Creditor's Name

> **Rocket Empire Machine aka Jolene's Second Cousin, LLC (Real Estate: 6935 NE Glisan St., Portland OR; ID R193733, Umpqua Bank (5261), RMV $1,000,000, Liens $2,200,000; Assets: Columbia Bank 5251 $0, Other Debt: $250,000 (See Schedule D/E/F f**

**1221 SW Yamhill St Ste 100**
**Portland, OR 97205**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Note, Deed of Trust**

Date debt was incurred    **4/12/2024**    Last 4 digits of account number    **1082**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$18,605,847.39** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$18,605,847.39** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Joseph A. G. Sakay, Atty**
**Dakota Pearce, Atty**
**Buchalter**
**805 SW Broadway, Suite 1500**
**Portland, OR 97205**

On which line in Part 1 did you enter the creditor?    **2.11**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Ted Troutman, Atty**
**16100 N.W. Cornell Road, Suite 200**
**Beaverton, OR 97006**

On which line in Part 1 did you enter the creditor?    **2.11**

Last 4 digits of account number ___

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 7

**Fill in this information to identify your case:**

Debtor 1          **Kevin Arthur Cavenaugh**
                  First Name        Middle Name         Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name         Last Name

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Internal Revenue Service**
Priority Creditor's Name
**Special Procedures M/S 0240**
**1220 SW Third Ave., Ste G-044**
**Portland, OR 97204-2871**
Number Street City State Zip Code

Last 4 digits of account number   **5407**      $0.00      $0.00      $0.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Precautionary - 1040**

Debtor 1  **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

| 2.2 | **Oregon Department of Revenue** | Last 4 digits of account number **5407** | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Attn: Bankruptcy Unit**
**955 Center St NE #353**
**Salem, OR 97301-2555**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Precautionary 40ES**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **117th Place, LLC** | Last 4 digits of account number _____ | **$195,304.00** |

Nonpriority Creditor's Name
**c/o David E. Grein, RA**
**1030 SW Morrison St.**
**Portland, OR 97205**

**When was the debt incurred?**   **8/6/2021**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify  **Business Debt - Judgment John's Home and Patty's My Mom notes w/personal guaranty**

Debtor 1   **Kevin Arthur Cavenaugh**                                      Case number (if known)

---

**4.2**

**Adrian Jost**
Nonpriority Creditor's Name
**19 Ortega Ct.**
**Pacifica, CA 94044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$100,000.00**

**When was the debt incurred?**        **9/1/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt- Guerrilla Development - personal guaranty; Patty's My Mom**

---

**4.3**

**Andrew J. Geppert, Atty**
Nonpriority Creditor's Name
**Ballard Spahr LLP**
**601 SW Second Ave Suite 2100**
**Portland, OR 97204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**
**Attorneys for Receiver Ken Eiler**

---

**4.4**

**Angel Oak Mortgage Solutions, LLC**
Nonpriority Creditor's Name
**c/o SPS Servicing, Inc.**
**3217 S Decker Lake Drive**
**Salt Lake City, UT 84119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only**

---

Debtor 1  **Kevin Arthur Cavenaugh**                          Case number (if known) _____

| 4.5 | **Arixa Capital** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**10960 Wilshire Blvd #1050**
**Los Angeles, CA 90024**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice Only - foreclosure**
**Great Scott Trio (701 E Burnside)**

---

| 4.6 | **Badger Cousin, LLC** | **Last 4 digits of account number** _____ | **$365,934.00** |

Nonpriority Creditor's Name
**7701 NE Greenwood Dr Ste 200**
**Vancouver, WA 98662**

**When was the debt incurred?**    **3/6/19 & 8/6/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - judgment for Unicorn Bed and Jolene's Third Cousin Promissory Notes w/ personal guaranty**

---

| 4.7 | **Badger Theatre, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o David E. Grein, RA**
**1030 SW Morrison St**
**Portland, OR 97205**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Notice Only**

---

Debtor 1   **Kevin Arthur Cavenaugh**                    Case number (if known) _____

| | | |
|---|---|---|
| 4.8 | **Bank of America** | Last 4 digits of account number   **8136**         **$12,492.00** |

Nonpriority Creditor's Name
**PO Box 982234**
**El Paso, TX 79998-2234**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Credit Card**

---

| | | |
|---|---|---|
| 4.9 | **Bob and Kyrie Kellett** | Last 4 digits of account number _____         **$50,000.00** |

Nonpriority Creditor's Name
**2237 SE Pine St.**
**Portland, OR 97214**

**When was the debt incurred?**   **6/1/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - (Atomic Orchard Experiment, LLC) -  personal guaranty**

---

| | | |
|---|---|---|
| 4.10 | **Brad Baker and Monique Gaskins** | Last 4 digits of account number _____         **$50,000.00** |

Nonpriority Creditor's Name
**Trustees of Baker Gaskins JRV Trust**
**2301 NE Rodney Ave**
**Portland, OR 97212**

**When was the debt incurred?**   **8/24/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Guerrilla Development (Unicorn Bed) - Personal guaranty**

---

Debtor 1  **Kevin Arthur Cavenaugh**                          Case number (if known)

**4.1 1**

**Brent Austin**
Nonpriority Creditor's Name
**667 Revere Rd**
**Glen Ellyn, IL 60137**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$50,000.00**

**When was the debt incurred?**     **6/8/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Guerrilla Development - (Patty's My Mom), personal guaranty**

---

**4.1 2**

**Brix Law, LLP**
Nonpriority Creditor's Name
**75 SE Yamhill St, Ste 202**
**Portland, OR 97214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.1 3**

**Bucky Dumbbell Investments, LLC**
Nonpriority Creditor's Name
**c/o David E. Grein, RA**
**1030 SW Morrison St.**
**Portland, OR 97205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**Last 4 digits of account number** _____          **$3,163,812.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Judgment subject to counterclaim**

---

Debtor 1  **Kevin Arthur Cavenaugh**                    Case number (if known) _____

---

**4.14**

**Carlos A. Rasch**                    Last 4 digits of account number _____                    $0.00
Nonpriority Creditor's Name
**Senior Assistant County Attorney**
**Office of Multnomah County**          **When was the debt incurred?** _____
**Attorney**
**501 SE Hawthorne Blvd Ste 500**
**Portland, OR 97214**
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**     report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ■ Other. Specify  **Notice Only**

---

**4.15**

**Charles J. Paternoster, Atty**        Last 4 digits of account number _____                    $0.00
Nonpriority Creditor's Name
**Paternoster Farnell & Grein, LLP**    **When was the debt incurred?** _____
**1030 SW Morrison St.**
**Portland, OR 97205**
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**     report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        **Notice Only**
                                        **Attorney for Mr. Christian Finley and**
☐ Yes                                   ■ Other. Specify  **affiliated entitites**

---

Debtor 1  **Kevin Arthur Cavenaugh**                                          Case number (if known)

---

| 4.1 6 | **CL Tree Investments, LLC** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**c/o David E. Grein, RA**
**1030 SE Morrison St.**
**Portland, OR 97205**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Notice Only**

---

| 4.1 7 | **Connie Migliazzo** | Last 4 digits of account number | **5385** | **$109,798.17** |

Nonpriority Creditor's Name
**Jonathan Kadish**
**2029 SW Moss St.**
**Portland, OR 97219**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt - loan w/personal guaranty**

---

| 4.1 8 | **Debbie Thomas** | Last 4 digits of account number | | **$26,481.40** |

Nonpriority Creditor's Name
**402 NW 13th Ave.**
**Portland, OR 97209**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Knock Knock Jokes and Candy (KKJC) - personal guaranty**

---

Debtor 1 **Kevin Arthur Cavenaugh**                    Case number (if known) _____

---

**4.19**

**Drew and Alison Grewal**

Nonpriority Creditor's Name

**5323 NE 29th Ave.**
**Portland, OR 97211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$52,058.00**

**When was the debt incurred?**   **5/9/2019 & 12/31/2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt to Guerrilla Development - w/personal guaranty**
**$25,000 (Jolene's Second Cousin)**
**$27058 (Unicorn Bed)**

---

**4.20**

**Drew and Sara Bernard**

Nonpriority Creditor's Name

**2234 SW 18th Ave.**
**Portland, OR 97201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$26,027.40**

**When was the debt incurred?**   **12/31/2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Guerrilla Development(Unicorn Bed) - personal guaranty**

---

**4.21**

**Drusilla Ruth Van Hengel**

Nonpriority Creditor's Name

**3596 SE Caruthers St.**
**Portland, OR 97214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2022**                    **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - (Atomic Orchard, LLC) - w/personal guaranty**

---

Debtor 1  **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

| 4.2 2 | **Ed Gunnel** | **Last 4 digits of account number** _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**5504 SE 66th Ave.**
**Portland, OR 97206**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - (Atomic Orchard Experiment, LLC) - personal guaranty**

---

| 4.2 3 | **Erich M. Paetsch, Atty** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Saalfeld Griggs PC**
**PO Box 470**
**Salem, OR 97308-0470**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice Only - Attorney for Jonathan Kadish collection**

---

| 4.2 4 | **FCI Lender Services, Inc.** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o National Registered Agents, Inc.**
**388 State Street Ste 420**
**Salem, OR 97301**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **C-Channel Lofts, LLC (Real Estate: 1515 N Rosa Parks Way, Portland, OR; ID R305839, Umpqua 0786); business debt w/personal guaranty; property foreclosed 1/27/2026**

---

Debtor 1    **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

---

**4.25**

**Hans and Dorene Tschersich**
Nonpriority Creditor's Name
**c/o Tschersich Family Trust**
**377 W Clackamas Blvd**
**Gladstone, OR 97027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$300,000.00**

**When was the debt incurred?**        **8/3/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - (Atomic Orchard Experiment, LLC) - personal guaranty**

---

**4.26**

**Hendrick Van Hemert**
Nonpriority Creditor's Name
**PO Box 851**
**Winthrop, WA 98862**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$50,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - (Atomic Orchard Experiment, LLC) - personal guaranty**

---

**4.27**

**Howard Silverman**
Nonpriority Creditor's Name
**Fan Tang**
**1311 SE Yamhill St**
**Portland, OR 97214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$100,000.00**

**When was the debt incurred?**        **9/15/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - (Atomic Orchard Experiment, LLC) - personal guaranty**

---

Debtor 1   **Kevin Arthur Cavenaugh**                    Case number (if known) _____

---

**4.28**

**James Leggett**
Nonpriority Creditor's Name
**2530 NE Thompson St.**
**Portland, OR 97212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **5/30/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - w/Personal guaranty - Jolene's Second Cousin $50,000 Atomic Orchard Experiment, LLC $50,468.59**

**$100,468.59**

---

**4.29**

**Jason Ayres, Atty**
Nonpriority Creditor's Name
**Foster Garvey PC**
**121 SW Morrison St**
**Portland, OR 97204-3141**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Counsel for Northwest Bank Notice Only**

**$0.00**

---

**4.30**

**Jim Labbe**
Nonpriority Creditor's Name
**Rita Sabler**
**6025 B N. Vancouver Ave**
**Portland, OR 97217**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **12/31/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Guerrilla Development - personal guaranty (Unicorn Bed)**

**$104,808.00**

---

Debtor 1   **Kevin Arthur Cavenaugh**

Case number (if known)

---

**4.3.1**

**Justin D. Leonard**
Nonpriority Creditor's Name
**Senior Asst. Attorney General**
**Oregon Department of Justice**
**100 SW Market St.**
**Portland, OR 97201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

**$0.00**

---

**4.3.2**

**Kenneth S. Eiler, Receiver**
Nonpriority Creditor's Name
**515 NW Saltzman Road**
**PMB810**
**Portland, OR 97229**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only - Receiver for Bar Drawer, LLC**

**$0.00**

---

**4.3.3**

**Legacy Lending, LLC**
Nonpriority Creditor's Name
**c/o Rodney Dial**
**2355 State Street Ste 101**
**Salem, OR 97301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Notice Only**
**Property: 6838 NE Sandy**

**$0.00**

---

Debtor 1   **Kevin Arthur Cavenaugh**                          Case number (if known) _____

---

**4.34**

**Mark Faust**
Nonpriority Creditor's Name
**2934 SE 36th Ave.**
**Portland, OR 97202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$51,650.68**

**When was the debt incurred?**   **12/31/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Guerrilla Development - personal guaranty (Unicorn Bed)**

---

**4.35**

**Mike Sargetakis**
Nonpriority Creditor's Name
**1615 SE Pine St**
**Portland, OR 97214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$75,000.00**

**When was the debt incurred?**   **5/31/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Guerrilla Development - personal guaranty; (Patty's My Mom)**

---

**4.36**

**Mike Sargetakis**
Nonpriority Creditor's Name
**1615 SE Pine St**
**Portland, OR 97214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?**   **5/31/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Equity Investor - Atomic Orchard Experiment, LLC - Precautionary**

---

Debtor 1   **Kevin Arthur Cavenaugh**                                     Case number (if known) _____

---

**4.37**

**Mr. Christian Finley**
Nonpriority Creditor's Name
**1030 SW Morrison St.**
**Portland, OR 97205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Judgment on personal guaranty for Unicorn Bed and Jolene's Third Cousin notes, shared with Badger Cousin, LLC**

---

**4.38**

**Mr. Kenneth P. Dobson**
Nonpriority Creditor's Name
**Dobson Law Office LLC**
**324 S Abernethy St.**
**Portland, OR 97239**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.39**

**Naval Shah**
Nonpriority Creditor's Name
**4104-20 Lombard St**
**Toronto Canada M5C 0A7**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____            **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - (Jolene's Third Cousin), personal guaranty**

---

Debtor 1 **Kevin Arthur Cavenaugh**                               Case number (if known) _____

| | |
|---|---|
| 4.40 | **People Over Profit RE Development LLC** |

Nonpriority Creditor's Name
**aka, P.O.P. Real Estate, LLC**
**750 Anderson St Suite D**
**Vancouver, WA 98661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**     **12/18/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt- Real estate investment; personal guaranty**

**$296,500.00**

---

| | |
|---|---|
| 4.41 | **Pioneer Trust Bank Lending Services** |

Nonpriority Creditor's Name
**109 Commercial Street NE**
**Salem, OR 97301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1208**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Line of Credit with personal guaranty**

**$221,705.34**

---

| | |
|---|---|
| 4.42 | **Portland Office of the City Attorney** |

Nonpriority Creditor's Name
**1221 SW Fourth Ave. Rm 430**
**Portland, OR 97204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

**$0.00**

---

Debtor 1  **Kevin Arthur Cavenaugh**                                    Case number (if known) _____

---

**4.4 3**

**Raminta A. Rudys, Esq.**
Nonpriority Creditor's Name
**Snell & Wilmer, LLP**
**601 SW Second Avenue Ste 2000**
**Portland, OR 97204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice Only - Representation for Wilmington Savings Fund Society FSB Trustee**

**$0.00**

---

**4.4 4**

**Ramsay Weit**
Nonpriority Creditor's Name
**3617 SW Texas St**
**Portland, OR 97219**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **12/31/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Guerrilla Development - personal guaranty (Unicorn Bed)**

**$27,014.00**

---

**4.4 5**

**River Bend Funding, LLC**
Nonpriority Creditor's Name
**kna Redwood Trust**
**5800 Meadows Rd Ste 150**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - C-Channell Lofts, LLC - Precautionary**

**$0.00**

---

Debtor 1   **Kevin Arthur Cavenaugh**                    Case number (if known) _____

---

**4.46**

**RMA Group, Inc.**
Nonpriority Creditor's Name
**9120 SW Pioneer Court, Suite B**
**Wilsonville, OR 97070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number   **4751**                    **$2,417.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Small Claim - Business Debt - Some Knucklehead, Inc., Guerrilla Development, and personal guaranty - Patty's My Mom**

---

**4.47**

**Robin Scholetzky**
Nonpriority Creditor's Name
**Matt Lachmann**
**2744 SE 34th Ave.**
**Portland, OR 97202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____                    **$25,000.00**

**When was the debt incurred?**   **4/29/2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Guerrilla Development - personal guaranty (Unicorn Bed)**

---

**4.48**

**Sage Van Wing**
Nonpriority Creditor's Name
**2419 SE 16th Ave.**
**Portland, OR 97214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Atomic Orchard Experiment, LLC - Equity Investor - Precautionary**

---

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number (if known)

---

| 4.49 | **Santiago Gil** | **Last 4 digits of account number** | **$50,849.00** |

Nonpriority Creditor's Name
**3304 NE 48th Avenue**
**Portland, OR 97213**

**When was the debt incurred?**    **4/13/20 & 12/31/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Guerrilla Development - personal guarantee**
**$25,000 (Jolenes Second Cousin)**
**$25,849 (Unicorn Bed)**

---

| 4.50 | **SB Domain, LLC** | **Last 4 digits of account number** | **$100,000.00** |

Nonpriority Creditor's Name
**c/o Brett Burmeister, RA**
**4316 N Montana**
**Portland, OR 97217**

**When was the debt incurred?**    **8/18/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Guerrilla Development - personal guaranty; (Patty's My Mom)**

---

Debtor 1  **Kevin Arthur Cavenaugh**                                  Case number (if known) _____

---

**4.5 1**

**Select Portfolio Servicing**
Nonpriority Creditor's Name
**3815 S West Temple Ste 2000**
**Salt Lake City, UT 84115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3553**

**When was the debt incurred?**  **3/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt: Foreclosed Jolene's Third Cousin property at 4623 SE Division, foreclosed judicially, see Angel Oak Investors and Wilmington Trust**

**$457,125.00**

---

**4.5 2**

**Stancorp Financial Group, Inc.**
Nonpriority Creditor's Name
**1100 SW Sixth Avenue**
**Portland, OR 97204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Foreclosure - 2450 NE Sandy Blvd - Precautionary**

**$0.00**

---

**4.5 3**

**Theodore (Ted) R. Labbe**
Nonpriority Creditor's Name
**2325 NE Flanders St. #11**
**Portland, OR 97232**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  _____

**When was the debt incurred?**  **1/1/2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Guerrilla Development - personal guaranty (Jolene's Second Cousin) and personal guaranty separate note**

**$450,000.00**

---

Debtor 1   **Kevin Arthur Cavenaugh**                                     Case number (if known) _____

---

| 4.5 4 | **Thomas and Jenna Curtis (Kay)** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**1316 NW 49th St.**
**Vancouver, WA 98663**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - (Atomic Orchard Experiment) w/personal guaranty**

---

| 4.5 5 | **TMR Solo 401k Trust** | Last 4 digits of account number **3459** | **$389,351.78** |

Nonpriority Creditor's Name
**c/o Laurie R. Hager, Atty**
**601 SW 2nd Ave, Suite 2000**
**Portland, OR 97204**
Number Street City State Zip Code

**When was the debt incurred?** **9/13/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Judgment for money loaned (OGPhat, LLC)**

---

| 4.5 6 | **Traci Kiyama** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**3390 SE Milwaukie Ave.**
**Portland, OR 97202**
Number Street City State Zip Code

**When was the debt incurred?** **6/17/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Guerrilla Development - personal guaranty - Jolenes Second Cousin**

---

Debtor 1   **Kevin Arthur Cavenaugh**                                Case number (if known) _____

---

**4.57**

**US Small Business Administration**
Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **8804**                              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - EIDL Loan - The Fair-Haired Dumbbell; Precautionary**

---

**4.58**

**US Small Business Administration**
Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **7900**                              **$71,979.67**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - EIDL Loan - Dr. Jim's Still Really Nice LLC; Precautionary**

---

**4.59**

**US Small Business Administration**
Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **7904**                              **$53,900.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - EIDL Loan - Jolene's First Cousin LLC; personal guaranty**

---

Debtor 1  **Kevin Arthur Cavenaugh**                                     Case number (if known) _____

| 4.6 0 | **US Small Business Administration** | **Last 4 digits of account number** | **7809** | **$0.00** |

Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - EIDL Loan - New New Crusher Court; Precautionary**

---

| 4.6 1 | **US Small Business Administration** | **Last 4 digits of account number** | **7904** | **$0.00** |

Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - EIDL Loan - Pioneer Lavada Jones LLC; Precautionary**

---

| 4.6 2 | **US Small Business Administration** | **Last 4 digits of account number** | **7908** | **$0.00** |

Nonpriority Creditor's Name
**c/o Matthew Koos, Atty**
**721 19th St, Suite 426**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - EIDL Loan - 24th & Meatball; Precautionary**

---

Debtor 1 **Kevin Arthur Cavenaugh**                     Case number (if known) _____

| 4.63 | **Wesley Hickey** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 1126**
**Washougal, WA 98671**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Notice Only**

---

| 4.64 | **Wilmington Savings Fund Society FSB as** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**Trustee for Residential Mtg Aggregation**
**Trust**
**500 Deleware Ave**
**Wilmington, DE 19801**
Number Street City State Zip Code

**When was the debt incurred?**   **2/7/2022**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Personal Guaranty for foreclosed C-Channel Lofts property**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Brad Baker**
**3222 NE Schuyler St.**
**Portland, OR 97212**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Brix Law Service Law Company, LLC**
**47 N State Street, Suite B**
**Lake Oswego, OR 97034**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1 **Kevin Arthur Cavenaugh**                                   Case number (if known) _____

| | Last 4 digits of account number |
| --- | --- |

**Name and Address**
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.59** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CESC COVID EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Internal Revenue Service**
**Pam Bondi**
**US Attorney General**
**950 Pennsylvania Ave. NW**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Pioneer Trust Bank Lending**
**Services**
**PO Box 2305**
**Salem, OR 97308**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **1208**

---

**Name and Address**
**Riverbend Funding, LLC**
**One Belevedere Place #320**
**Mill Valley, CA 94941**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |

Debtor 1  **Kevin Arthur Cavenaugh**                          Case number (if known) _____

|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|---|---|---|---|---|---|
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  |  |  |  | **Total Claim** |  |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 7,429,676.03 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 7,429,676.03 |

Official Form 106 E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        **Page 26 of 26**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

 ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

 ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.2 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.3 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.4 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.5 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1        **Kevin Arthur Cavenaugh**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106H
# Schedule H: Your Codebtors                                                    **12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Atomic Orchard Experiment, LLC**<br>**c/o Brix Law Service Company, LLC RA**<br>**Attention Bradley S. Miller**<br>**75 SE Yamhill St Suite 202**<br>**Portland, OR 97214** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Bob and Kyrie Kellett** |
| 3.2 **Atomic Orchard Experiment, LLC**<br>**c/o Brix Law Service Company, LLC RA**<br>**Attention Bradley S. Miller**<br>**75 SE Yamhill St Suite 202**<br>**Portland, OR 97214** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Drusilla Ruth Van Hengel** |
| 3.3 **Atomic Orchard Experiment, LLC**<br>**c/o Brix Law Service Company, LLC RA**<br>**Attention Bradley S. Miller**<br>**75 SE Yamhill St Suite 202**<br>**Portland, OR 97214** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Ed Gunnel** |

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Hans and Dorene Tschersich**

3.5   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Hendrick Van Hemert**

3.6   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**Howard Silverman**

3.7   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**James Leggett**

3.8   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

■ Schedule D, line ___**2.2**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Keystone Private Income Fund**

3.9   **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

■ Schedule D, line ___**2.3**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Multnomah County Tax Collector - BK**

Debtor 1    **Kevin Arthur Cavenaugh** _____     Case number *(if known)* _____

| **Additional Page to List More Codebtors** | |
| --- | --- |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.10    **Atomic Orchard Experiment, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.54**__
☐ Schedule G _____
**Thomas and Jenna Curtis (Kay)**

---

3.11    **Bar Drawer, LLC**
**c/o Kenneth S. Eiler, Receiver**
**515 NW Saltzman Road**
**PMB810**
**Portland, OR 97229**

■ Schedule D, line __**2.6**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Multnomah County Tax Collector - BK**

---

3.12    **Bar Drawer, LLC**
**c/o Kenneth S. Eiler, Receiver**
**515 NW Saltzman Road**
**PMB810**
**Portland, OR 97229**

■ Schedule D, line __**2.7**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Northwest Bank**

---

3.13    **C-Channel Lofts, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.24**__
☐ Schedule G _____
**FCI Lender Services, Inc.**

---

3.14    **C-Channel Lofts, LLC**
**c/o Brix Law Service Company, LLC RA**
**Attention Bradley S. Miller**
**75 SE Yamhill St Suite 202**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.45**__
☐ Schedule G _____
**River Bend Funding, LLC**

---

3.15    **Dr. Jim's Still Really Nice, LLC**
**2416 NE 24th**
**Portland, OR 97213**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.58**__
☐ Schedule G _____
**US Small Business Administration**

---

3.16    **Elizabeth Cavenaugh**
**2416 NE 24th**
**Portland, OR 97213**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.58**__
☐ Schedule G _____
**US Small Business Administration**

---

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |

**Check all schedules that apply:**

3.17   **Guerilla Development Co.**
**916 SE 34th Ave Suite 100**
**Portland, OR 97214**

■ Schedule D, line __2.12__
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Oregon Community Foundation**

3.18   **Jolene's First Cousin, LLC**
**c/o Brix Law Service Company, LLC, RA**
**Attn: Bradley S. Miller**
**47 N State St Ste B**
**Lake Oswego, OR 97034**

■ Schedule D, line __2.8__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Pacific West Bank**

3.19   **Jolene's First Cousin, LLC**
**c/o Brix Law Service Company, LLC, RA**
**Attn: Bradley S. Miller**
**47 N State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**US Small Business Administration**

3.20   **Jolene's Second Cousin, LLC**
**2500 NE Sandy Blvd #C**
**Portland, OR 97232**

☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**James Leggett**

3.21   **OGPhat, LLC**
**916 SE 34th #100**
**Portland, OR 97214**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**TMR Solo 401k Trust**

3.22   **Rocket Empire Machine, LLC**
**c/o Anna Lucy Mackay, RA**
**2500 NE Sandy Blvd Suite C**
**Portland, OR 97232**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**City of Portland-Portland Housing Bureau**

3.23   **Rocket Empire Machine, LLC**
**c/o Anna Lucy Mackay, RA**
**2500 NE Sandy Blvd Suite C**
**Portland, OR 97232**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Multnomah County Tax Collector - BK**

Debtor 1 **Kevin Arthur Cavenaugh**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.24 | **Rocket Empire Machine, LLC** **c/o Anna Lucy Mackay, RA** **2500 NE Sandy Blvd Suite C** **Portland, OR 97232** | ■ Schedule D, line __**2.10**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Riverview Community Bank** |
| 3.25 | **Rocket Empire Machine, LLC** **c/o Anna Lucy Mackay, RA** **2500 NE Sandy Blvd Suite C** **Portland, OR 97232** | ■ Schedule D, line __**2.12**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **The Oregon Community Foundation** |
| 3.26 | **Some Knucklehead, Inc. ("SKI")** **2500 NE Sandy Blvd. Ste C** **Portland, OR 97232** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.1**__ ☐ Schedule G _____ **117th Place, LLC** |
| 3.27 | **Some Knucklehead, Inc. ("SKI")** **c/o Brix Law Service Company, LLC, RA** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.1**__ ☐ Schedule G _____ **117th Place, LLC** |
| 3.28 | **Some Knucklehead, Inc. ("SKI")** **c/o Brix Law Service Company, LLC, RA** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Adrian Jost** |
| 3.29 | **Some Knucklehead, Inc. ("SKI")** **c/o Brix Law Service Company, LLC, RA** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.11**__ ☐ Schedule G _____ **Brent Austin** |
| 3.30 | **Some Knucklehead, Inc. ("SKI")** **c/o Brix Law Service Company, LLC, RA** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.46**__ ☐ Schedule G _____ **RMA Group, Inc.** |

Debtor 1   **Kevin Arthur Cavenaugh**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.31  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.50__ <br> ☐ Schedule G _____ <br> **SB Domain, LLC** |
| 3.32  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.6__ <br> ☐ Schedule G _____ <br> **Badger Cousin, LLC** |
| 3.33  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.10__ <br> ☐ Schedule G _____ <br> **Brad Baker and Monique Gaskins** |
| 3.34  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.19__ <br> ☐ Schedule G _____ <br> **Drew and Alison Grewal** |
| 3.35  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.20__ <br> ☐ Schedule G _____ <br> **Drew and Sara Bernard** |
| 3.36  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.30__ <br> ☐ Schedule G _____ <br> **Jim Labbe** |
| 3.37  **Some Knucklehead, Inc. ("SKI")** <br> **c/o Brix Law Service Company, LLC, RA** <br> **47 N. State St Ste B** <br> **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.34__ <br> ☐ Schedule G _____ <br> **Mark Faust** |

Debtor 1  **Kevin Arthur Cavenaugh** _____    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.38  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.44**__
☐ Schedule G _____
**Ramsay Weit**

3.39  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.47**__
☐ Schedule G _____
**Robin Scholetzky**

3.40  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.49**__
☐ Schedule G _____
**Santiago Gil**

3.41  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**Mike Sargetakis**

3.42  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.19**__
☐ Schedule G _____
**Drew and Alison Grewal**

3.43  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.49**__
☐ Schedule G _____
**Santiago Gil**

3.44  **Some Knucklehead, Inc. ("SKI")**
**c/o Brix Law Service Company, LLC, RA**
**47 N. State St Ste B**
**Lake Oswego, OR 97034**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.53**__
☐ Schedule G _____
**Theodore (Ted) R. Labbe**

Debtor 1  __Kevin Arthur Cavenaugh_____     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.45  **Some Knucklehead, Inc. ("SKI")** **c/o Brix Law Service Company, LLC, RA** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.56__ ☐ Schedule G _____ **Traci Kiyama** |
| 3.46  **The Fair Haired Dumbbell, LLC** **11 Martin Luther King Blvd** **Portland, OR 97202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.13__ ☐ Schedule G _____ **Bucky Dumbbell Investments, LLC** |
| 3.47  **The Good Citizen, LLC** **c/o Brix Law Service Company, LLC** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ■ Schedule D, line __2.6__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Multnomah County Tax Collector - BK** |
| 3.48  **The Good Citizen, LLC** **c/o Brix Law Service Company, LLC** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ■ Schedule D, line __2.9__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Ride the Wind Investors, LLC** |
| 3.49  **The Good Citizen, LLC** **c/o Brix Law Service Company, LLC** **47 N. State St Ste B** **Lake Oswego, OR 97034** | ■ Schedule D, line __2.11__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Socotra REIT1 LLC** |

Fill in this information to identify your case:

| Debtor 1 | Kevin Arthur Cavenaugh |
|---|---|

| Debtor 2 | |
|---|---|
| (Spouse, if filing) | |

United States Bankruptcy Court for the:    DISTRICT OF OREGON

| Case number | |
|---|---|
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| **Part 1:** | **Describe Employment** |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | **Real Estate Management** | **Nurse** |
| **Employer's name** | | **Guerrilla Fund, LLC** | **NON-FILING SPOUSE** |
| **Employer's address** | | **916 SE 34th #100**<br>**Portland, OR 97214** | |
| **How long employed there?** | | **15 years** | |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 3,775.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 3,775.00 |

Official Form 106I                              **Schedule I: Your Income**                              page 1

Debtor 1 **Kevin Arthur Cavenaugh**      Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 3,775.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 950.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 950.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 2,825.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,400.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 3,400.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 3,400.00 + $ 2,825.00 = $ 6,225.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 6,225.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:   **Debtor spouse started new job. Income listed here may be less depending upon hours.**

---

Official Form 106I      **Schedule I: Your Income**      page 2

Fill in this information to identify your case:

Debtor 1     **Kevin Arthur Cavenaugh**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                            **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not state the dependents names. | | | | | ☐ No  ☐ Yes |
| | | | | | ☐ No  ☐ Yes |
| | | | | | ☐ No  ☐ Yes |
| | | | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **2,700.00**

    **If not included in line 4:**

    4a.    Real estate taxes                                             4a. $ **0.00**
    4b.    Property, homeowner's, or renter's insurance                  4b. $ **0.00**
    4c.    Home maintenance, repair, and upkeep expenses                 4c. $ **0.00**
    4d.    Homeowner's association or condominium dues                   4d. $ **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Official Form 106J                          **Schedule J: Your Expenses**                          page 1

Debtor 1   **Kevin Arthur Cavenaugh**        Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 225.00 |
| | 6d. | Other. Specify:   **Netflix** | 6d. $ | 22.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 60.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 175.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 480.00 |
| | 15c. | Vehicle insurance | 15c. $ | 112.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19.    $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **Counseling costs** | | 21. +$ | 350.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 5,374.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 5,374.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,225.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 5,374.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 851.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Debtor anticipates that counseling expense listed here will be discontinued in a few months.**

**Fill in this information to identify your case:**

Debtor 1          **Kevin Arthur Cavenaugh**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kevin Arthur Cavenaugh**                    X _____
**Kevin Arthur Cavenaugh**                             Signature of Debtor 2
Signature of Debtor 1

Date  **March 27, 2026**                             Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Arthur Cavenaugh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **549 Riverside Dr. #4G New York, NY 10027** | From-To: **8/2024-8/2025** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **717 SE 35th Ave Portland, OR 97214** | From-To: **6/14-8/2024** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1    **Kevin Arthur Cavenaugh**    Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $10,200.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2025 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $110,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $150,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2024 )** | **Rental Income (Loss)** | $-151,933.00 | | |
| | **2023 Federal tax refund** | $8,712.00 | | |
| | **2023 Oregon tax refund** | $4,405.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ■ No.    Go to line 7.

   ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number (*if known*) | |
|---|---|---|---|

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Northwest Bank, an Idaho state chartered bank, a Washington bank corporation, Plaintiff, v. Bar Drawer, LLC, an Oregon limited liability company, Kevin Cavenaugh, an individual and Bar Drawer, LLC as the party in possession.** **25CV50868** | **Complaint (Appointment of Receiver, Foreclosure of Deed of Trust, Breach of contract and Breach of Guaranty)** | **Multnomah County Circuit Court** **Case No. 25CV50868** **1200 SW 1st Ave.** **Portland, OR 97204** | ■ Pending ☐ On appeal ☐ Concluded **Receiver appointed** |
| **Connie Migliazzo, an Individual and Jonathan Kadish, an individual v. Atomic Orchard Experiment, LLC, an Oregon limited liability company and Kevin Cavenaugh, an individual** **25CV25385** | **Breach of Contract - Money Loaned** | **Multnomah County Circuit Court** **Case No. 25CV25385** **1200 SW 1st Ave.** **Portland, OR 97204** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | **Kevin Arthur Cavenaugh** | | Case number *(if known)* |
|---|---|---|---|

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bank of America v. Kevin Arthur Cavenaugh**<br>**25CV31924** | **Breach of Contract** | **Multnomah County Circuit Court**<br>**Case No. 25CV31924**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| **Wilmington Savings Fund Society, FSB, as Trustee of Angel Oak Mortgage Trust v. Kevin Cavenaugh, et all**<br>**25LT17400** | **Eviction Complaint following foreclosure** | **Multnomah County Circuit Court**<br>**Case No. 25LT17400**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| **117th Place, LLC, Badger Theater, LLC, Badger Cousin, LLC, Christian Finley et al v. Some Knucklehead, Inc., dba Guerilla Development, Kevin Cavenaugh, et al**<br>**23CV44684** | **Breach of Contract; Suit for Collection of Promissory Notes, Money Owed; Countersuit for Conversion, etc.** | **Multnomah County Circuit Court**<br>**Case No. 23CV44684**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **TMR Solo 401k Trust v. Patty's My Mom, LLC and Kevin Cavenaugh**<br>**24CV07968** | **Action on Note** | **Multnomah County Circuit Court**<br>**Case No. 24CV07968**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Satisfaction filed 4/4/205** |
| **TMR Solo 401k Trust v. Hug(e) Sale LLC and Kevin Cavenaugh**<br>**24CV13459** | **Action on Note** | **Multnomah County Circuit Court**<br>**Case No. 24cv13459**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **RMA Group, Inc v ...Some Knucklehead, Inc., Kevin Cavenaugh**<br>**26SC04751** | **Breach of Contract** | **Clackamas County Circuit Court**<br>**1000 Courthouse Rd.**<br>**Oregon City, OR 97045** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Mr. Christian Finley** | **Charles Schwab & Co account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/2026** | **$0.00** |

Debtor 1   **Kevin Arthur Cavenaugh**                                Case number (*if known*) _____

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| **FCI Lender Services, Inc. c/o National Registered Agents, Inc. 388 State Street Ste 420 Salem, OR 97301** | **FCI Lender Services, Inc. for River Bend Funding** **Member Interest in C-Channel Lofts - 1515 N. Rosa Parks Way (apartment building); R909200210** <br> ☐ Property was repossessed. <br> ■ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **1/23/2026** | **$2,509,000.00** |
| **Arixa Capital 10960 Wilshire Blvd #1050 Los Angeles, CA 90024** | **Member interest in Great Scott Trio, LLC - Real estate located at 701 E Burnside Dr., Portland OR** <br> ☐ Property was repossessed. <br> ■ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **8/2025** | **$2,400,000.00** |
| **Angel Oak Mortgage Solutions, LLC c/o SPS Servicing, Inc. 3217 S Decker Lake Drive Salt Lake City, UT 84119** | **Member Interest in Jolene's Third Cousin, LLC; Real Property foreclosure located at 4623 SE Division, Portland ID R147146** <br> ☐ Property was repossessed. <br> ■ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **7/2025** | **$460,111.00** |
| **Mr. Christian Finley 1030 SW Morrison St. Portland, OR 97205** | **Foreclosed shares of New New Crusher Court LLC, Real Estate Investment: 2450/2500 NE Sandy Blvd; ID R265683** <br> ☐ Property was repossessed. <br> ■ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **2/2025** | **$3,000,000.00** |
| **Legacy Lending, LLC c/o Rodney Dial 2355 State Street Ste 101 Salem, OR 97301** | **6834-6838 NE Sandy Blvd, Portland OR 97213** <br> ☐ Property was repossessed. <br> ■ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **2/25/2025** | **$868,755.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■   No

   ☐   Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number (*if known*) | |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
■ Yes

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Laura L. Donaldson, LLC<br>15 82nd Drive<br>Suite 235<br>Gladstone, OR 97027<br>laura@bankruptcyoregon.com | Attorney Fees ($13,242) and Court filing fee ($338) | 12/31/2025 | $13,580.00 |
| Allen Credit and Debt Counseling Agency<br>800 Dakota Ave. N<br>Huron, SD 57350 | Credit Counseling Services | 3/10/26 | $25.00 |

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number (*if known*) | |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **T Party LLC c/o Matthew Tech, RA 10227 NE Sandy Blvd Portland, OR 97220** **Seller** | **Sale of remaining 4.9% interest in Patty's My Mom, LLC consisting of real property located at 8501-8511 N. Lombard St, Portland; ID R232274** | **$1,202,348; Paid liens/judgments Socotra Capital Inc $602,656.59; Block Family, LLC $313184, Chris and Samantha Cook $130728, TMR Solo 401k Trust $63,142.87; zero funds to debtor** | **3/2025** |
| **Ross Segelken 9208 SW Taylor St. Portland, OR 97225** **Investor** | **Sold 30% membership interest in The Ocean 24th & Glisan, LLC** | **$90k; part of funds received invested in affordable housing company detailed as note receivable on Schedule B, remainder used for legal fees, living expense** | **7/1/2024** |
| **Leatherman Property Development, LLC Attn: Jim Mullaney 2925 NW Bauer Woods Drive Portland, OR 97229** **Investor** | **Membership interest assignment and subsequent sale of membership interest in The 2/3rds Project LLC** | **$400k; part of funds received invested in affordable housing company detailed as note receivable on Schedule B, remainder used for legal fees, living expense** | **12/4/2024** |
| **Ted Wiberg, GC Pub at End of the Universe** **Investor** | **25% shares in Pub at the End of the Universe, LLC; Real Estate 4107 SE 28th Ave, Portland OR** | **transfer in exchange for cash call** | **3/2024** |
| **Brianna Dewey 12605 SE Ramona St. Portland, OR 97236** **Seller** | **100% member interest in Ramona Ramona LLC ; Real estate: 12605 SE Ramona St., Portland OR IDR335011** | **$379,000; basis $310,304, gain on sale $68,696** | **7/10/2024** |

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number (*if known*) | |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Riverview Community Bank 900 Washington St. #900 Vancouver, WA 98660** | **XXXX-3192** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/31/2025** | **$0.00** |
| **Columbia Bank (formerly Umpqua Bank)** | **XXXX-1505** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/18/2026** | **$27.23** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No

☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Debtor 1 | **Kevin Arthur Cavenaugh** | Case number (*if known*) |
|---|---|---|

---

**Part 10:**   **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

   ■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

   ☐ **A partner in a partnership**

   ■ **An officer, director, or managing executive of a corporation**

   ■ **An owner of at least 5% of the voting or equity securities of a corporation**

   ☐ **No. None of the above applies.  Go to Part 12.**

   ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor 1    **Kevin Arthur Cavenaugh**                                        Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Some Knucklehead, Inc.**<br>**dba Guerilla Development**<br>**916 SE 34th Ave Ste 100**<br>**Portland, OR 97214** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**     **46-2012522**<br><br>**From-To**   **12/29/12-present** |
| **Atomic Orchard Experiment LLC**<br>**2550 NE Sandy Blvd**<br>**Portland, OR 97232** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**     **82-2341076**<br><br>**From-To**   **7/25/17-current** |
| **Atomic Orchard North LLC**<br>**2550 NE Sandy Blvd**<br>**Portland, OR 97232** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**     **84-3269710**<br><br>**From-To**   **9/26/19-10/2022** |
| **Bar Drawer LLC**<br>**3825-3839 NE Killingsworth St.**<br>**Portland, OR 97232** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**     **83-1693478**<br><br>**From-To**   **8/16/18-present** |
| **Bitarl, LLC**<br>**c/o Brix Law Service Co LLC, RA**<br>**75 SE Yamill St Ste 202**<br>**Portland, OR 97214** | **Manager**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**<br><br>**From-To**   **1/11/22-3/14/24** |
| **C-Channel Lofts LLC**<br>**1515 N Rosa Park Way**<br>**Portland, OR 97217** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**     **82-3393319**<br><br>**From-To**   **2/14/17-current** |
| **Cavenaugh & Cavenaugh LLC**<br>**c/o MN Service Corp RA**<br>**1140 SW Washington St Ste 700**<br>**Portland, OR 97205** | **Rental Property Management**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**<br><br>**From-To**   **3/17/1999-3/8/2024** |

Debtor 1    **Kevin Arthur Cavenaugh**                                          Case number (*if known*)  _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Great Scott Trio, LLC**<br>**701 E Burnside St.**<br>**Portland, OR 97220** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**    **83-4558283**<br><br>**From-To    2/5/19-current** |
| **The Good Citizen LLC**<br>**916 SE 34th Avenue**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**    **92-1209679**<br><br>**From-To    12/2/22-present** |
| **Guerrilla Construction Co LLC**<br>**c/o Brix Law Service Co, LLC, RA**<br>**47 N State St Ste B**<br>**Lake Oswego, OR 97034** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**<br><br>**From-To    9/15/21-current** |
| **Guerilla Fund, LLC**<br>**c/o Brix Law Service Company, LLC**<br>**c/o Brix Law LLP**<br>**47 N State St Ste B**<br>**Lake Oswego, OR 97034** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**    **85-1810419**<br><br>**From-To    5/29/20-current** |
| **Double Scrub LLC**<br>**3530 SE Division St.**<br>**Portland, OR 97202** | **Real estate investment and development w/Chris Finley**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**    **85-0733011**<br><br>**From-To** |
| **Dr Jim's Still Really Nice, LLC**<br>**3440 SE Alder St**<br>**Portland, OR 97202** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**<br><br>**From-To    2/27/12-5/1/2025** |
| **The Fair Haired Dumbbell, LLC**<br>**11 Martin Luther King Blvd**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | **EIN:**    **46-4931700**<br><br>**From-To    2/16/14-4/25/24** |

Debtor 1 __Kevin Arthur Cavenaugh__                               Case number (*if known*) _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Jolene's First Cousin, LLC**<br>**4111 SE 28th Place**<br>**Portland, OR 97202** | **Manager - Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **82-1193115**<br><br>**From-To** |
| **Jolene's Second Cousin, LLC**<br>**6935 NE Glisan St.**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **82-5315471**<br><br>**From-To   11/25/18-current** |
| **Hug(E) Sale LLC**<br>**c/o Brix Law Service Co. LLC, RA**<br>**47 N State St Ste B**<br>**Lake Oswego, OR 97034** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **87-4631897**<br><br>**From-To   4/29/20 - current** |
| **Jolene's Third Cousin, LLC**<br>**4623 SE Division**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **87-4386243**<br><br>**From-To   1/11/22-current** |
| **New New Crusher Court LLC**<br>**2450 NE Sandy Blvd.**<br>**Portland, OR 97202** | **Real estate investment and development** | EIN:     **47-5019046**<br><br>**From-To** |
| **The Ocean 24th & Glisan LLC**<br>**2333-2341 NE Glisan St.**<br>**Portland, OR 97202** | **Managing Member only - Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **45-2679128**<br><br>**From-To   7/1/11-current** |
| **Patty's My Mom, LLC**<br>**8501-8511 N Lombard Street**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:     **87-2522947**<br><br>**From-To   9/2021-3/25/2025** |
| **Pioneer Lavada Jones, LLC**<br>**2636 NE Sandy Blvd.**<br>**Portland, OR 97202** | **Managing Member w/prior option to purchase- Real estate investment and development** | EIN:     **82-2730487**<br><br>**From-To** |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **12**

Debtor 1 **Kevin Arthur Cavenaugh**                                    Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Pub at the End of the Universe, LLC**<br>**4107 SE 28th Ave.**<br>**Portland, OR 97220** | **Real estate investment and development** | EIN:<br><br>From-To |
| **Ramona Ramona LLC**<br>**12605 SE Ramona St.**<br>**Portland, OR 97236** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN:<br><br>From-To **12/27/21-2/27/25** |
| **Rig-A-Hut, LLC**<br>**20th St & Main**<br>**Washougal, WA 98671** | **Real estate investment and development** | EIN: **81-1696249**<br><br>From-To |
| **Rocket Empire Machine, LLC**<br>**6935 NE Glisan Street**<br>**Portland, OR 97202** | **Manager - Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN: **82-4044921**<br><br>From-To **11/17/18-3/20/25** |
| **SE 3rd Tree Farm LLC**<br>**850 SE 3rd Ave & Morrison St.**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN: **82-3013000**<br><br>From-To **10/5/17-12/7/23** |
| **2/3rds Project, LLC**<br>**8787 N Lombard St**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN: **30-0797905**<br><br>From-To |
| **Unicorn Bed, LLC**<br>**2167 NW Glisan St.**<br>**Portland, OR 97202** | **Real estate investment and development**<br><br>**William R. Gingell, CPA**<br>**Perimeter Tax, Inc.**<br>**PO Box 25808**<br>**Portland OR 97298** | EIN: **84-3136957**<br><br>From-To **11/19/18-current** |
| **The Zipper 27th & Sandy, LLC**<br>**2705 NE Sandy Blvd.**<br>**Portland, OR 97202** | **Real estate investment and development** | EIN: **80-0879479**<br><br>From-To |

Debtor 1   **Kevin Arthur Cavenaugh**                                    Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **The Shore 24th & Sandy LLC<br>2340 NE Sandy Blvd<br>Portland, OR 97232** | **Real Estate Investment and Development**<br><br>**William R. Gingell, CPA<br>Perimeter Tax, Inc.<br>PO Box 25808<br>Portland OR 97298** | **EIN:       80-0879477**<br><br>**From-To   12/4/12-2/1/2024** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

**Part 12:**   **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Kevin Arthur Cavenaugh**
_____                              _____
**Kevin Arthur Cavenaugh**                            **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **March 27, 2026**                             Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1          **Kevin Arthur Cavenaugh**
                  First Name                    Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name                 Middle Name              Last Name

United States Bankruptcy Court for the:      DISTRICT OF OREGON

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Debtor 1    **Kevin Arthur Cavenaugh**                                          Case number (*if known*) _____

name:

☐ Retain the property and redeem it.
☐ Retain the property and enter into a                    ☐ Yes
   *Reaffirmation Agreement.*

Description of
property
securing debt:

☐ Retain the property and [explain]:

_____

---

<div style="background:black;color:white">Part 2:</div>    **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

<div style="background:black;color:white">Part 3:</div>    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Kevin Arthur Cavenaugh**                              X _____
    **Kevin Arthur Cavenaugh**                                         Signature of Debtor 2
    Signature of Debtor 1

    Date    **March 27, 2026**                                    Date _____

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:    Liquidation

| | |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $78   | administrative fee |
|   | $278  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $78   | administrative fee |
|   | $313  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Oregon

In re   **Kevin Arthur Cavenaugh**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 27, 2026**

**/s/ Kevin Arthur Cavenaugh**
**Kevin Arthur Cavenaugh**
Signature of Debtor